1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  PETER M. WILLIAMS
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone:  (916) 554-2724



JUL - 6 2010



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
           DEPUTY CLERK

6  **SEALED**
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     2:10-m-0259

   UNITED STATES OF AMERICA,   )   CR. No. S-
11                              )
              Plaintiff,        )   ORDER TO SEAL
12                              )   (UNDER SEAL)
         v.                     )
13                              )
   ATIF HENAN,                  )
14 ATEF SHEHATA,                )
   SAMY GIRGIS, and             )
15 SOHEIR GIRGIS,               )
                                )
16            Defendants.       )
   _____)
17
        The Court hereby orders that the Indictment, the Petition of R.
18
   STEVEN LAPHAM, Assistant U.S. Attorney, to Seal the Indictment, and
19
   Order dated in the above-referenced case shall be sealed until the
20
   arrest of the defendant or until further order of the Court.
21
        SO ORDERED.
22
   DATED: 7-6-2010
23

24

25                           HONORABLE EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE
26

27

28

                                   3