| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>R. STEVEN LAPHAM<br>Assistant U.S. Attorney<br>PETER M. WILLIAMS<br>Special Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2724 | **FILED**<br>AUG 5 2010<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRS-10-259 FCD ✓

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>GALIOM MANSOUR,<br>NAEIM HANNO, and<br>SOUTH BAY WHOLESALE, INC.,<br><br>   Defendants. | CASE NO. CR. S-10-0257 FCD<br><br>ORDER TO SEAL<br>(Under Seal) |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ADIB SIROPE,<br>RIMOUN MANSOUR, and<br>PAY-LESS WHOLESALE,<br><br>   Defendants. | CASE NO. CR. S-10-0258 MCE<br><br>ORDER TO SEAL<br>(Under Seal) |

**SEALED**

4

```
 1
    UNITED STATES OF AMERICA,        )   CASE NO. CR. S-10-259 FCD
 2                                   )
                    Plaintiff,       )   ORDER TO SEAL
 3                                   )   (Under Seal)
    v.                               )
 4                                   )
    ATIF HENAN,                      )
 5  ATEF SHEHATA,                    )
    SAMY GIRGIS, and                 )
 6  SOHEIR GIRGIS,                   )
                                     )
 7                  Defendants.      )
                                     )
 8  _____
                                     )
 9  UNITED STATES OF AMERICA,        )   CASE NO. CR. S-10-0260 EJG
                                     )
10                  Plaintiff,       )   ORDER TO SEAL
                                     )   (Under Seal)
11  v.                               )
                                     )
12  JACK HAROUN, and                 )
    WHOLESALE PALACE, INC.,          )
13                                   )
                    Defendants.      )
14  _____)
```

15      The Court hereby orders that the Notice of Related Case, the
16 Petition of R. STEVEN LAPHAM, Assistant U.S. Attorney, to Seal the
17 Notice of Related Case, and Order dated in the above-referenced case
18 shall be sealed until the arrest of a defendant in each of the
19 referenced cases or until further order of the Court.
20      SO ORDERED.
21 DATED: August 3, 2010

                                         _____
                                         HONORABLE FRANK C. DAMRELL
                                         UNITED STATES DISTRICT JUDGE

5