BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant United States Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ATIF HENAN,<br>ATEF SHEHATA<br>SAMY GIRGIS, and<br>SOHEIR GIRGIS,<br><br>    Defendants. | CR. NO. S-10-259 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE: August 30, 2010<br>TIME: 10:00am<br>COURT: Courtroom 2 |

  IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendants Atif Henan, through his undersigned counsel Alan Eisner, defendant Atef Shehata, through his undersigned counsel Assistant Federal Defender Dennis Waks, defendant Samy Girgis, through his undersigned counsel Harvey Byram, and defendant Soheir Girgis, through his undersigned counsel John Blanchard, that the status conference presently set for August 30, 2010, be continued to September 27, 2010 at 10:00 a.m., thus vacating the presently set

1

1  status conference.

2  The parties stipulate and agree that the continuance is
3  necessary to permit defense counsel to review discovery recently
4  provided by the government numbering 17,719 pages.

5  The parties further stipulate and agree that this is a complex
6  case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and that the
7  requested continuance is necessary to permit defense counsel
8  reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence, within the meaning of 18
10 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by
11 granting this continuance therefore outweigh the best interests of
12 the public and the defendants in a speedy trial. 18 U.S.C. §
13 3161(h)(7)(A).

14

15 Dated: August 26, 2010        /s/ R. Steven Lapham
                                  R. STEVEN LAPHAM
16                                Assistant U.S. Attorney

17
   Dated: August 26, 2010        /s/ Alan Eisner
18                                JOSEPH WISEMAN
                                  Attorney for Defendants Atif Henan
19

20 Dated: August 26, 2010        /s/ Atef Shehata
                                  DENNIS WAKS
21                                Assistant Federal Defender
                                  Attorney for Defendant Atef Shehata
22

23 Dated: August 26, 2010        /s/ Harvey Byron
                                  HARVEY BYRON
24                                Attorney for Defendants Samy Girgis

25

26 ////

27 ////

28 ////

```
Dated: August 26, 2010            /s/ John Blanchard
                                  JOHN BLANCHARD
                                  Attorney for Defendant Soheir Girgis
```

**ORDER**

IT IS SO ORDERED.

Dated: August 26, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE