```
BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant United States Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. NO. S-10-259 FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| ATIF HENAN, ATEF SHEHATA, SAMY GIRGIS, and SOHEIR GIRGIS, | DATE:  August 30, 2010<br>TIME:  10:00am<br>COURT: Courtroom 2 |
| Defendants. | |

    IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendants Atif Henan, through his undersigned counsel Alan Eisner, defendant Atef Shehata, through his undersigned counsel Assistant Federal Defender Dennis Waks, defendant Samy Girgis, through his undersigned counsel Harvey Byron, and defendant Soheir Girgis, through her undersigned counsel John Blanchard, that the status conference presently set for September 27, 2010 be continued to January 10, 2011 at 10:00 a.m., thus vacating presently set status

1

1 conference.

2     The parties stipulate and agree that the continuance is
3 necessary to permit defense counsel to review discovery recently
4 provided by the government numbering 17,719 pages.

5     The parties further stipulate and agree that this is a complex
6 case within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and
7 that the requested continuance is necessary to permit defense counsel
8 reasonable time necessary for effective preparation, taking into
9 account the exercise of due diligence, within the meaning of 18 U. S.
10 C. § 3161 (h) (7) (B) (iv) and that the ends of justice served by
11 granting this continuance therefore outweigh the best interests of
12 the public and the defendants in a speedy trial 18 U. S. C. § 3161
13 (h) (7) (A).

                                            Respectfully submitted,

Dated: September 22, 2010        /s/ R. Steven Lapham
                                       R. STEVEN LAPHAM
                                       Assistant U.S. Attorney

Dated: September 22, 2010        /s/ Alan Eisner
                                       ALAN EISNER
                                       Attorney for Defendant Atif Henan

Dated: September 22, 2010        /s/ Dennis Waks
                                       DENNIS WAKS
                                       Assistant Federal Defender
                                       Attorney for Atef Shehata

Dated: September 22, 2010        /s/ Harvey Byron
                                       HARVEY BYRON
                                       Attorney for Defendant Samy Girgis

```
Dated: September 22, 2010          /s/ John Blanchard
                                   JOHN BLANCHARD
                                   Attorney for Defendant Soheir
                                    Girgis
```

ORDER

IT IS SO ORDERED.

Dated:    September 23, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE