ALAN EISNER, State Bar #127119
KESTENBAUM EISNER & GORIN LLP
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone:     (818) 781-1570
Fax:       (818) 781-5033
Email:     ae@keglawyers.com

Attorney for Defendant
ATIF HENAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>           Plaintiff, <br>   vs. <br> ATIF HENAN, <br> ATEF SHEHATA, <br> SAMY GIRGIS, and <br> SOHEIR GIRGIS <br>           Defendants. | NO. CR. S-10-259 FCD <br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** <br> DATE: January 10, 2011 <br> TIME: 10:00 am <br> COURT: Courtroom 2 |

**IT IS HEREBY STIPULATED** between the United States of America, through its undersigned counsel, Assistant U.S Attorney R. Steven Lapham, and defendants Atif Henan, through his undersigned counsel Alan Eisner, defendant Atef Shehata, through his undersigned counsel Assistant Federal Defender Dennis Waks, defendant Samy Girgis, through his undersigned counsel Harvey Byron, and defendant Soheir Girgis, through her undersigned counsel John Blanchard, that the status conference presently set for January 10, 2011 be continued to March 28, 2011 at 10:00 a.m., thus vacating the presently set status conference.

1

1    The parties stipulate and agree that the continuance is necessary to permit
2  defense counsel to review discovery recently provided by the government
3  numbering 17, 719 pages.
4    The parties further stipulate and agree that this is a complex case within the
5  meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and that the requested continuance is
6  necessary to permit defense counsel reasonable time necessary for effective
7  preparation, taking into account the exercise of due diligence, within the meaning
8  of 18 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by granting
9  this continuance therefore outweigh the best interests of the public and the
10 defendants in a speedy trial. 18 U.S.C § 3161(h)(7)(A).

Dated: December 17, 2010                /s/ R. Steven Lapham
                                        R. STEVEN LAPHAM
                                        Assistant U. S Attorney

Dated: December 17, 2010                /s/ Alan Eisner
                                        ALAN EISNER
                                        Attorney for Defendant Atif Henan

Dated: December 17, 2010                /s/ Atef Shehata
                                        DENNIS WAKS
                                        Assistant Federal Defender
                                        Attorney for Defendant Atef Shehata

Dated: December 17, 2010                /s/ Harvey Byron
                                        HARVEY BYRON
                                        Attorney for Defendant Samy Girgis

Dated: December 17, 2010          /s/ John Blanchard
                                  JOHN BLANCHARD
                                  Attorney for Defendant Soheir Girgis

## ORDER

**IT IS SO ORDERED.**

Dated: December 21, 2010          _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE