BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO.  S-10-259 JAM |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER SETTING |
| ATIF HENAN, ) | STATUS CONFERENCE |
| ATEF SHEHATA, ) | |
| SAMY GIRGIS, and ) | |
| SOHEIR GIRGIS, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

   IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendants Atif Henan, through his undersigned counsel Alan Eisner, defendant Atef Shehata, through his undersigned counsel Assistant Federal Defender Dennis Waks, defendant Samy Girgis, through his undersigned counsel Harvey Byron, and defendant Soheir Girgis, through her undersigned counsel Robert Helfend, that the status conference be set in this matter for **July 26, 2011**, 9:30a.m. in Courtroom 6.

   The parties stipulate and agree that the setting is necessary

1

1  because no status conference has yet been set since this matter has
2  been reassigned to this Court, and also to permit defense counsel to
3  review discovery provided by the government.
4      The parties further stipulate and agree that this is a complex
5  case within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and
6  that the exclusion of time during the period needed for defense
7  counsel's reasonable time for effective preparation, taking into
8  account the exercise of due diligence within the meaning of 18 U. S.
9  C. § 3161 (h) (7) (B) (iv), and that the ends of justice served by
10 granting exclusion of time therefore outweigh the best interests of
11 the public and the defendants in a speedy trial pursuant to 18 U. S.
12 C. § 3161 (h) (7) (A),and therefore time should be excluded from the
13 date of the order of reassignment of this case from Judge Mueller to
14 Judge Mendez, March 21, 2011, through and until July 26, 2011.

                                    Respectfully submitted,

Dated: June 9, 2011                 /s/ R. Steven Lapham
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney


Dated: June 9, 2011                 /s/ Alan Eisner
                                    ALAN EISNER
                                    Attorney for Defendant Atif Henan


Date: June 9, 2011                  /s/ Dennis Waks
                                    DENNIS WAKS
                                    Assistant Federal Defender
                                    Attorney for Atef Shehata

2

```
Date: June 9, 2011                    /s/ Harvey Byron
                                      HARVEY BYRON
                                      Attorney for defendant Samy Girgis


Date: June 9, 2011                    /S/ Robert Helfend
                                      Attorney for defendant Soheir
                                      Girgis
```

**ORDER**

IT IS SO ORDERED.

```
Dated: 6/13/2011                      /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      United State District Judge
```