1  **Alan Eisner, State Bar #127119**
   **Attorney at Law**
2  **14401 Sylvan St. Suite 112**
   **Van Nuys, CA  91401**
3  **(818) 904-9911**
   **FAX:(818) 904-9133**
4

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,           )   Case No.: 2:10-0259 JAM
                                        )
9                 Plaintiff,            )   **STIPULATION AND ORDER**
                                        )   **CONTINUING STATUS**
10      vs.                             )   **CONFERENCE**
                                        )
11 ATIF HENAN,                          )
   ATEF SHEHATA,                        )
12 SAMY GIRGIS, AND                     )
   SOHEIR GIRGIS                        )
13                                      )
                  Defendant.            )
14 _____

15

16      **IT IS HEREBY STIPULATED** between the United States of America, through its

17 undersigned special counsel, Assistant U.S Attorney Peter Williams, and defendants Atif

18 Henan, through his undersigned counsel Alan Eisner, defendant Atef Shehata, through his

19 undersigned counsel Assistant Federal Defender Dennis Waks, defendant Samy Girgis,

20 through his undersigned counsel Harvey E. Byron, and defendant Soheir Girgis, through her

21 undersigned counsel  Robert Helfend, that the status conference presently set in this matter

   for July 26, 2011, 9:30 a.m. in Courtroom 6, be continued to October 11, 2011 at 9:30 a.m.

22      The parties stipulate and agree that the setting is necessary to permit defense counsel

23 to review discovery provided by the government.

24      The parties further stipulate and agree that this is a complex case within the meaning

25 of 18 U.S.C § 3161 (h) (7)(B)(ii) and that the exclusion of time during the period needed for

26 defense counsel's reasonable time for effective preparation, taking into account the exercise

27 of due diligence within the meaning of 18 U.S.C § 3161 (h) (7)(B)(iv), and that the ends of

28 justice served by granting exclusion of time therefore outweigh the best interests of the

public and the defendants in a speedy trial pursuant to 18 U.S.C § 3161 (h) (7)(A), and therefore time should be excluded from the date of the order of reassignment of this case from Judge Mueller to Judge Mendez, March 21, 2011, through and until October 11, 2011.

                                      Respectfully submitted,

DATED: July 21, 2011         /s/ Peter Williams
                                     PETER WILLIAMS
                                Special Assistant U.S Attorney

DATED: July 21, 2011         /s/ Alan Eisner
                                ALAN EISNER
                                Attorney for Defendant Atif henan

DATED: July 21, 2011         /s/ Dennis Waks
                                DENNIS WAKS
                                Assistant Federal Defender
                                Attorney for Defendant Atef Shehata

DATED: July 21, 2011         /s/ Harvey Byron
                                HARVEY E. BYRON
                                Attorney for defendant Samy Girgis

DATED: July 21, 2011         /s/ Robert Helfend
                                ROBERT HELFEND
                                Attorney for defendant Soheir Girgis

                                         ORDER

IT IS SO ORDERED.

DATED: 7/22/2011            /s/ John A. Mendez
                                UNITED STATES DISTRICT JUDGE