1  **Alan Eisner, State Bar #127119**
   **Attorney at Law**
2  **14401 Sylvan St. Suite 112**
   **Van Nuys, CA  91401**
3  **(818) 904-9911**
   **FAX:(818) 904-9133**
4

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  UNITED STATES OF AMERICA,           )   Case No.: 2:10-0259 JAM
                                        )
9                  Plaintiff,           )   **STIPULATION AND ORDER**
                                        )   **CONTINUING STATUS**
10         vs.                          )   **CONFERENCE**
                                        )
11 ATIF HENAN,                          )
   ATEF SHEHATA,                        )
12 SAMY GIRGIS, AND                     )
   SOHEIR GIRGIS                        )
13                                      )
                   Defendant.           )
14 _____

15

16    **IT IS HEREBY STIPULATED** between the United States of America, through its undersigned special counsel, Assistant U.S Attorney Peter Williams, and defendants Atif Henan, through his undersigned counsel Alan Eisner, defendant Atef Shehata, through his undersigned counsel Assistant Federal Defender Dennis Waks, defendant Samy Girgis, through his undersigned counsel Harvey E. Byron, and defendant Soheir Girgis, through her undersigned counsel  Robert Helfend, that the status conference presently set in this matter for July 26, 2011, 9:30 a.m. in Courtroom 6, be continued to October 11, 2011 at 9:30 a.m.

   The parties stipulate and agree that the setting is necessary to permit defense counsel to review discovery provided by the government.

   The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C § 3161 (h) (7)(B)(ii) and that the exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U.S.C § 3161 (h) (7)(B)(iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the

public and the defendants in a speedy trial pursuant to 18 U.S.C § 3161 (h) (7)(A), and therefore time should be excluded from the date of the order of reassignment of this case from Judge Mueller to Judge Mendez, March 21, 2011, through and until October 11, 2011.

                                    Respectfully submitted,

DATED: July 21, 2011        /s/ Peter Williams
                                    PETER WILLIAMS
                                  Special Assistant U.S Attorney

DATED: July 21, 2011        /s/ Alan Eisner
                                  ALAN EISNER
                                  Attorney for Defendant Atif henan

DATED: July 21, 2011        /s/ Dennis Waks
                                  DENNIS WAKS
                                  Assistant Federal Defender
                                  Attorney for Defendant Atef Shehata

DATED: July 21, 2011        /s/ Harvey Byron
                                  HARVEY E. BYRON
                                  Attorney for defendant Samy Girgis

DATED: July 21, 2011        /s/ Robert Helfend
                                  ROBERT HELFEND
                                  Attorney for defendant Soheir Girgis

                                    ORDER

IT IS SO ORDERED.

DATED: 7/22/2011           /s/ John A. Mendez
                                  UNITED STATES DISTRICT JUDGE