```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ATEF SHEHATA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-259 JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | Date: November 29, 2011<br>Time: 9:30 a.m. |
| ATEF SHEHATA, et al., | Judge: Hon. John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED between the United States of America, through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, Special Assistant United States Attorney, Peter M. Williams, and defendants Atef Shehata, through his undersigned counsel Supervising Assistant Federal Defender Dennis S. Waks, Atif Henan, through his undersigned counsel Alan Eisner, defendant Samy Girgis, through his undersigned counsel Harvey E. Byron, and defendant Soheir Girgis, through her undersigned counsel Robert Helfend, that the status conference presently set in this matter for October 11, 2011 be continued to November 29, 2011, at 9:30 a.m.

The parties stipulate and agree that the setting is necessary to permit defense counsel to review discovery of approximately 12,000

pages provided by the government.

 The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C § 3161 (h)(7)(B)(ii) and that the exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U.S.C § 3161 (h)(7)(B)(iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C § 3161 (h) (7)(A); time should be excluded from the date of this order to the new date of November 29, 2011.

Dated:  October 7, 2011  Respectfully Submitted

           DANIEL J. BRODERICK
           Federal Defender


           /s/ Dennis S. Waks
           DENNIS S. WAKS
           Supervising Assistant Federal Defender
           Attorney for Atef Shehata


           /s/ Dennis S. Waks for
           ALAN EISNER Attorney for
           ATIF HENAN


           /s/ Dennis S. Waks for
           HARVEY E. BYRON Attorney for
           SAMY GIRGIS


           /s/ Dennis S. Waks for
           ROBERT M HELFEND Attorney for
           SOHEIR GIRGIS

                                         /s/ Dennis S. Waks for
PETER M. WILLIAMS
Special Assistant U.S. Attorney

                                         /s/ Dennis S. Waks for
R. STEVEN LAPHAM, U.S. Attorney

## ORDER

The status conference is continued to November 29, 2011, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time under the Speedy Trial Act through November 29, 2011.

IT IS SO ORDERED.

Dated: October 7, 2011.          /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge