DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ATEF SHEHATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-10-259 JAM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | Date: March 27, 2012<br>Time: 9:30 a.m. |
| ATEF SHEHATA, et al., | Judge: Hon. John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED between the United States of America, through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, Special Assistant United States Attorney, Peter M. Williams, and defendant Atef Shehata, through his undersigned counsel Supervising Assistant Federal Defender Dennis S. Waks, that the status conference presently set in this matter for February 21, 2012 be continued for a change of plea hearing on March 27, 2012, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to finalize the proposed plea agreement with the government and the defendant.

The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C § 3161 (h)(7)(B)(ii) and that the

exclusion of time during the period needed for defense counsel's reasonable time for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U.S.C § 3161 (h)(7)(B)(iv), and that the ends of justice served by granting exclusion of time therefore outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C § 3161 (h)(7)(A); time should be excluded from the date of this order to the new date of March 27, 2012.

ORDER

The status conference is continued to March 27, 2012, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 27, 2012.

IT IS SO ORDERED.

Dated: 2/16/2012              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Court Judge

2